IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **MICHELLE ROSARIO ROSADO** Debtor/ Plaintiff | CASE No. 17-00046 (ESL) Adv. Proc.: 17-00128 (ESL) CHAPTER 13 |
| **FIRSTBANK Puerto Rico** Creditor/ Defendant | |

## ANSWER TO THE COMPLAINT

TO THE HONORABLE COURT:

Comes now **FIRSTBANK PUERTO RICO**, a domestic corporation appearing through its undersigned attorney, and brings this motion to the attention of Honorable Bankruptcy Court its answer to the complaint filed in adversary proceeding no. 17-00128 (ESL):

### INTRODUCTION

1. Accepted only as to Plaintiff's intention towards Defendant' secured claim.

### JURISDICTION OF THIS COURT

2. Accepted.

### VENUE

3. Accepted.

### PARTIES

4. Accepted.
5. Accepted.

### FACTS

6. Accepted.
7. Accepted.
8. Accepted.
9. Denied for lack of knowledge towards the millage of the vehicle at the time of the filing of the petition; accepted only as Plaintiff's proposal towards Defendant' secured claim.

10. Denied as to the provided as value of the collateral.

11. Accepted as to the filing of a plan dated January 7, 2017 under legal docket no. 2, and Denied as to the remaining information of the sentence.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Accepted.

17. Accepted as to the *"cramdown"* option exercised by Plaintiff; denied as Defendant's acceptance of the same.

18. Accepted.

19. Accepted as to the citation of the case, Denied as to Plaintiff's conclusion towards it.

20. Accepted as to the citation of the case, Denied as to Plaintiff's conclusion towards it.

21. Denied.

**AFFIRMATIVE DEFENSES**

1. Defendant FIRSTBANK Puerto Rico is a fully secured creditor and as such should be recognized and paid in Debtor's proposed chapter 13 plan.

2. In the present case Defendant FIRSTBANK Puerto Rico has been deprived from receiving full payment for its secured debt as claimed.

3. The complaint at bar fails to allege a cause of action for which a remedy must be granted.

4. Plaintiff's action is time barred.

5. Plaintiff is not entitled to the requested remedy since the vehicle under its name has a higher value.

6. As per the Appraisal Report performed by Mr. Sixto Lugo, the value of Defendant's collateral is estimated in **$12,250.00**. (Copy of the Appraisal Report has been included with this answer as *Attachment "A".*)

7. The leading U.S. Supreme Court decision of *Lee M. Till, et ux vs. Credit Corporation*, 541 U.S. 465 (2004), requires the bankruptcy court to adjust the prevailing prime rate to a greater

amount, considering the non-payment risk factors such as the estate circumstances, the security's nature, the chapter 13 plan's duration, compliance with the feasibility test, and the completion rate in the jurisdiction in which the vehicle is in.

8. Pursuant to the *Till* analysis, the applicable interest in the case at bar is 6.25% (3.75% prime rate + 2.50% risk factor). Considering the appraised value of the collateral in $12,250.00 x 6.25%, leaves the secured portion of Defendant's claim in **$14,296.80**. (See *Attachment "B".*)

9. Insurance quote must be provided from the filing of the voluntary petition, pursuant to the provisions of 11 USC §1326 (a)(4), in order to protect the insured in the event of damage or loss. *In re Derickson*, 226 B.R. 879, 881-82 (Bankr.S.D.Ill 1998), citing *In re Feher*, 202 B.R. 966, 970-71, (Bankr.S.D.Ill 1996); In re Stevens, 130 F.3d 10271030 (11th Cir.1997).

10. Defendant FIRSTBANK Puerto Rico expressly reserves the right to retain the lien securing its proof of claim until the earlier of (i) the full payment of its claim as determined under bankruptcy law or (ii) the entry of a discharge order pursuant to section 1328 of the Bankruptcy Code (11 U.S.C.), in light of the decision of *In re Fareed*, 262 BR 761 (Bankr. ND Ill 2001) and *In re Picht*, 428 BR 885 (BAP 10 Cir. 2010).

11. Defendant FIRSTBANK Puerto Rico also expressly reserves the right to amend its answer to the complaint and include any defense that may arise during the discovery process.

**REMEDY**

In compliance with the highest ethical standards and according to the principles of common law, Defendant FIRSTBANK Puerto Rico very respectfully requests from this Honorable Court to grant this Answer to the Complaint and:

a. determine that the actual value of Plaintiff's vehicle (a 2014 Mitsubishi Outlander) is $12,250.00;

b. determine that the secured portion of Defendant's claim (the value of the collateral with a 6.0% annual interest) is **$14,296.80**;

c. order Plaintiff to provide adequate protection payments in the amount of **$100.00** to Firstbank's claim no. 1, retroactive to the filing of Defendant's proof of claim,

d. order Plaintiff to provide insurance for the collateral at all times until the secured portion of Defendant's claim is *paid-off*, and to

**WHEREFORE** and for the above stated reasons, FIRSTBANK Puerto Rico respectfully

requests from this Honorable Court for each and every ground stated herein, to grant this motion.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and additional three (3) days pursuant to Fed. R. Bankr. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. Local Bankruptcy Rule 9013-1 (c)(1).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, the 14th day of July, 2017.

### CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and correct copy of the present motion was sent by the CM/ECF System to: all creditors; José R. Carrión Morales, Esq., Chapter 13 Trustee; Juan O. Calderón Lithgow, Esq. counsel for Debtor; and by regular mail to Debtor at the address on record: Buzón 7 calle 9, Bo. Carmelita, Vega Baja, P.R. 00693, as per the attached *List of Creditors*.

//s// Maricarmen Colón Díaz
**MARICARMEN COLON DIAZ**, Esq.
Attorney for Movant - USDC 211410
MARIA M. BENABE RIVERA– USDC 208906
Centro Servicios al Consumidor (248)
1130 Muñoz Rivera Ave., San Juan, P.R.
P.O. Box 9146, Santurce, P.R. 00908-0146
Tel. (787) 729-8135 / Fax (787) 729-8276
maricarmen.colon@firstbankpr.com

Attachment "A"

| Contact Information | | 7/8/2017 |
|---|---|---|
| Company: Individual Users | Telephone: | 787-934-4499 |
| Contact: Sixto Lugo | Fax: | |
| E-Mail: advanceestimate@gmail.com | | |

**Notes**

BLACK BOOK RETAIL
$13175 - 812 = $12363.00

w $12250.00

**Vehicle Info For 2014 Mitsubishi Outlander ES 4D SUV FWD**

| | | |
|---|---|---|
| MSRP: $22,995 | VIN: JA4AD2A38EZ010463 | Adj. State: National |
| Fin Adv: $11,975 | UVC: 2014620169 | Mileage: 33001 |
| Equip Ret: $24,824 | MPG: 25/31 | Mileage Cat: D |
| Tire Size: 215/70R16 | Weight: 4564 | Cylinders: 4 |
| Base HP: 166 @ 6000 | Fuel Type: Gas | Transmission: A |
| Taxable HP: 18.6 | Wheelbase: 105.1 | Drive Train: FWD |
| Model Number: OT45A | End of Term Months: 0 | End of Term Mileage: 0 |
| Price Includes: AT AC | | |

**Wholesale Black Book values as of 7/1/2017**

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | $12,150 | $10,750 | $9,050 | $7,450 |
| Options | $0 | $0 | $0 | $0 |
| Mileage | $350 | $675 | $1,000 | $1,175 |
| Region | $0 | $0 | $0 | $0 |
| Total | $12,500 | $11,425 | $10,050 | $8,625 |

**Trade In Black Book values as of 7/1/2017**

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | N/A | $11,100 | $9,475 | $7,075 |
| Options | N/A | $0 | $0 | $0 |
| Mileage | N/A | $675 | $1,000 | $1,175 |
| Region | N/A | $0 | $0 | $0 |
| Total | N/A | $11,775 | $10,475 | $8,250 |

**Retail Black Book values as of 7/1/2017**

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|

|  | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| Base | $15,925 | $14,300 | $12,175 | $10,325 |
| Options | $0 | $0 | $0 | $0 |
| Mileage | $350 | $675 | $1,000 | $1,175 |
| Region | $0 | $0 | $0 | $0 |
| Total | $16,275 | $14,975 | $13,175 | $11,500 |

### Residual Black Book values as of 7/1/2017

|  | 12 Month | 24 Month | 30 Month | 36 Month |
|---|---|---|---|---|
| Base Miles | 62K - 65K | 80K - 83K | 86K - 89K | 92K - 95K |
| Base Residual | $7,650 | $6,550 | $5,800 | $5,625 |
| % ERT* | 31% | 26% | 23% | 23% |
| Add/Deducts | $0 | $0 | $0 | $0 |
| Adj. Residual | $7,650 | $6,550 | $5,800 | $5,625 |

|  | 42 Month | 48 Month | 60 Month | 72 Month |
|---|---|---|---|---|
|  | 98K - 101K | 101K - 104K | 113K - 116K | 122K - 125K |
|  | $4,950 | $4,800 | $4,075 | $3,425 |
|  | 20% | 19% | 16% | 14% |
|  | $0 | $0 | $0 | $0 |
|  | $4,950 | $4,800 | $4,075 | $3,425 |

Base residual values are projected values for typically equipped vehicle in average condition with indicated miles. Residual values are published 7 times a year: January, March, May, July, September, October, and November.

*ERT: Typically equipped retail price

### End-of-Term Black Book values as of 7/1/2017

|  | Date | Expected Miles | Base Miles |
|---|---|---|---|
| Start | N/A | N/A | N/A |
| EOT | N/A | N/A | N/A |

|  | Value |
|---|---|
| Base | N/A |
| % Equipped Retail | N/A |
| Miles Adjustment | N/A |
| Add/Deducts Adjustment | N/A |
| EOT Residual | N/A |

NOTE: Be sure to enter the end of term date and miles in order to get proper End of Term results. If the date range spans more than 72 months, then 72 month adjusted residual will be returned as the End-of-Term Value.

### Black Book Add/Deducts

Entertainment System +600
Navigation System +750



# Hoja de Cálculo del Contrato

07/14/2017

Nombre Comprador : MICHELLE ROSARIO ROSADO

Vendedor : *Case # 17-00046 // 17-AP-128 (ESL/JRC)*

| | |
|---|---|
| Tipo de Préstamo: | Convencional |
| Fecha de Contrato: | 7/14/2017 |
| Fecha de Primer Pago: | 8/15/2017 |
| APR: | 6.25% |
| Término: | 60 |
| Precio de Venta: | 12,250.00 |
| Accesorios: | 0.00 |
| Servicios: | 0.00 |
| = **Total** | 12,250.00 |
| Pronto Pago: | 0.00 |
| Trade-in: | 0.00 |
| Residual: | 0.00 |
| Tipo de Automóvil: | USADO |
| Seguro de Cuenta: POR CLIENTE | 0.00 |

| | Principal | Intereses |
|---|---|---|
| Balance a Financiar: | 12,250.00 | |
| + FirstBank PPP: | 0.00 | |
| + FirstBank PPP GAP: | 0.00 | |
| + Derrama: | 0.00 | |
| + Prima de Seguro: | 0.00 | 0.00 |
| + Seguro GAP: | 0.00 | 0.00 |
| + Contrato de Servicio: | 0.00 | 0.00 |
| + Prima de Vida: | 0.00 | 0.00 |
| = **Subtotal de Seguros** | 0.00 | |
| = **Principal** | 12,250.00 | |
| + Intereses: | 2,046.80 | |
| + Gasto de Registro: | ~~61.50~~ | |
| + Gasto de Gravamen: | ~~15.00~~ | |
| = **Nota Total** | 14,373.30 | |

*$14,296.80*

| | | |
|---|---|---|
| Primer Pago: | 1 | 331.30 |
| Pago Regular: | 59 | 238.00 |
| Ultimo Pago: | 0 | 0.00 |
| | 60 | 14,373.30 |

web ver6.7.5497.18583Prod  1:03:34PM

```
Label Matrix for local noticing          COOP A/C SAN JOSE                        FIRSTBANK PR
0104-3                                   JOSE A SANTINI BONILLA ESQ               PO BOX 9146
Case 17-00046-ESL13                      PO BOX 552                               SAN JUAN, PR 00908-0146
District of Puerto Rico                  AIBONITO, PR 00705-0552
Old San Juan
Fri Jul 14 14:02:08 AST 2017

US Bankruptcy Court District of P.R.     AVANTE                                   BANCO POPULAR DE PUERTO RICO
Jose V Toledo Fed Bldg & US Courthouse   3600 SOUTH GESSNER                       BANKRUPTCY DEPARTMENT
300 Recinto Sur Street, Room 109         HOUSTON, TX 77063-5357                   PO BOX 366818
San Juan, PR 00901-1964                                                           SAN JUAN PR 00936-6818


(p)COOP A C DE MANATI                    COOP SAN JOSE                            EMPRESAS BERRIOS
PO BOX 30562                             APARTADO 2020                            PO BOX 674
MANATI PR 00674-8516                     AIBONITO, PR 00705-2020                  CIDRA, PR 00739-0674



FED LOAN SERV                            FIRST BANK                               ORIENTAL BANK
PO BOX 60610                             CONSUMER SERVICE CENTER                  PO BOX 191429
HARRISBURG, PA 17106-0610                BANKRUPTCY DIVISION -CODE 248            SAN JUAN, PR 00919-1429
                                         PO BOX 9146, SAN JUAN PR 00908-0146


Synchrony Bank                           U. S. Department of Eudcation            JOSE RAMON CARRION MORALES
c/o of PRA Receivables Management, LLC   c/o FedLoan Servicing                    PO BOX 9023884
PO Box 41021                             P. O. Box 69184                          SAN JUAN, PR 00902-3884
Norfolk, VA 23541-1021                   Harrisburg, PA   17106-9184


JUAN O CALDERON LITHGOW                  MICHELLE ROSARIO ROSADO                  MONSITA LECAROZ ARRIBAS
JUAN O CALDERON LITHGOW LEGAL OFFIC      BUZON 7 CALLE 9                          OFFICE OF THE US TRUSTEE (UST)
PO BOX 1710                              BO CARMELITA                             OCHOA BUILDING
VEGA BAJA, PR 00694-1710                 VEGA BAJA, PR 00693-3718                 500 TANCA STREET SUITE 301
                                                                                  SAN JUAN, PR 00901



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


COOP A/C/ MANATI                         End of Label Matrix
PO BOX 30562                             Mailable recipients    17
MANATI, PR 00674                         Bypassed recipients     0
                                         Total                  17
```